UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re Application of

ZURU LLC and ZURU INC.,

Petitioners.

---------------------------------------------------------------X

Misc. Case No: 25-mc-124

APPLICATION FOR THE ISSUANCE OF A SUBPOENA TO TESTIFY AT AN ORAL TESTIMONY DEPOSITION AND TO PRODUCE DOCUMENTS PURSUANT TO 35 U.S.C. § 24 TO THE NEW YORK TIMES COMPANY

## ~~PROPOSED~~ ORDER

Upon the Application for the Issuance of Subpoena to Testify at an Oral Testimony Deposition and to Produce Documents Pursuant to 35 U.S.C. § 24 to The New York Times Company filed by Zuru LLC and Zuru Inc., Petitioners (the "Application"), it is hereby:

ORDERED that the Application is GRANTED, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit A to the Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc. for service on The New York Times Company.

The Clerk of Court is directed to close the case.

Dated: New York, New York

_____March 27_____, 2025

_____Jessica Clarke_____
United States District Judge

{N6057464}